1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada Bar Number 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada Bar Number 1925
4  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   Counsel for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-596-GMN (GWF) |
| PAUL WOMMER, | ) | |
| Defendant. | ) | |

**THE UNITED STATES OF AMERICA'S MOTION TO EXTEND THE TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO MOTION TO DISMISS**
**(First Request)**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully moves this Honorable Court for an Order extending the time for the United States to file the Reply to Defendant's Response to Motion to Dismiss ("Reply"). The Reply is currently due September 26, 2011. The United States requests an extension of time to October 26, 2011.

The grounds for extending the time are as follows.

. . .

| | |
|---|---|
| 1 | The AUSA assigned to file the Reply filed three appellate Opening Briefs and is currently working on two appellate Answering Briefs. He is working on a civil defensive case, drafting a Motion to Dismiss. He has had medical issues and has been away from the office. |
| 4 | C. Stanley Hunterton, counsel for Paul Wommer, was contacted by telephone on September 20, 2011. He did not return the telephone call. Wommer's Response to the United States's Motion to Dismiss was due on August 29, 2011, according to the Notice of Electronic Filing (Docket #26); however, in open court the United States did not oppose the request for an extension of time to September 15, 2011. #27. |
| 9 | This Motion is not submitted solely for the purpose of delay or for any other improper purpose. |
| 11 | This Court should grant an extension of time to October 26, 2011 for the United States to file a Reply to defendant's response to Motion to Dismiss. |
| 13 | DATED this 20th day of September, 2011. |

The AUSA assigned to file the Reply filed three appellate Opening Briefs and is currently working on two appellate Answering Briefs. He is working on a civil defensive case, drafting a Motion to Dismiss. He has had medical issues and has been away from the office.

C. Stanley Hunterton, counsel for Paul Wommer, was contacted by telephone on September 20, 2011. He did not return the telephone call. Wommer's Response to the United States's Motion to Dismiss was due on August 29, 2011, according to the Notice of Electronic Filing (Docket #26); however, in open court the United States did not oppose the request for an extension of time to September 15, 2011. #27.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to October 26, 2011 for the United States to file a Reply to defendant's response to Motion to Dismiss.

DATED this 20th day of September, 2011.

DANIEL G. BOGDEN
United States Attorney

/s/DanielDHollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

*George Foley Jr.* (signature)
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: September 21, 2011

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of **THE UNITED STATES OF AMERICA'S MOTION TO EXTEND THE TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO MOTION TO DISMISS (First Request)** on September 20, 2011, by the below identified method of service:

CM/ECF:

C. Stanley Hunterton
Hunterton & Associates
333 South Sixth Street
Las Vegas, NV 89101
shunterton@huntertonlaw.com
*Counsel for Paul Wommer*

/s/HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associates Clerk