# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> PAUL WOMMER, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:10-cr-00596-GMN-GWF <br><br> **ORDER** |

Before the Court for consideration are the Findings and Recommendations (ECF No. 28) of the Honorable George W. Foley, United States Magistrate Judge, entered August 22, 2011. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Foley's Recommendations are hereby **ACCEPTED**, and Defendant's Motion to Dismiss [ECF No. 15] is hereby **GRANTED in part** and **DENIED in part**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [ECF No. 15] is hereby **GRANTED with regard to Counts One through Thirteen** of the Indictment, with leave granted to the Government to file an Amended Indictment charging Defendant with one count in violation of 31 U.S.C. § 5324(a)(3).

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [ECF No. 15] is hereby **DENIED with regard to Count Fourteen** which charges Defendant with a separate offense under 31 U.S.C. § 5324(a)(1).

DATED this 25th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge