**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:10-cr-00596-GMN-GWF |
| Plaintiff, | ) **ORDER** |
| vs. | ) USA's Motion for Suggested |
| PAUL WOMMER, | ) Corrections to Order (#42) |
| Defendant. | ) |

This matter comes before the Court on the United States of America's Motion for Suggested Corrections to Order (#42) (#43), filed on November 2, 2011. The government submits this motion suggesting corrections that the Court should make to the Court's Order (#42) filed on October 27, 2011. The Court has reviewed the government's motion and declines to adopt the government's suggested corrections as they are unnecessary to the Court's decision. Accordingly,

**IT IS HEREBY ORDERED** that United States of America's Motion for Suggested Corrections to Order (#42) (#43) is **denied**.

DATED this 3rd day of November, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge